# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

|  |  |
|---|---|
| _____ | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)*  ☐ Yes  ☐ No |
| -v- |  |
| _____ |  |
| *Defendant(s)* |  |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) |  |

FILED IN CLERKS OFFICE
2022 DEC -6  AM 11:48
U.S. DISTRICT COURT
DISTRICT OF MASS.

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: CLARENCE DEAN
Street Address: 35 HOLT ST. APT 74
City and County: FITCHBURG, WORCESTER COUNTY
State and Zip Code: MASS. 01420
Telephone Number: (978) 467-6046
E-mail Address: _____

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

MASS. DEPARTMENT OF MENTAL HEALTH, JOAN MIKULA COMMISSIONER, AND DEPUTY GENERAL COUNSEL DEBRAH LEGGETT, AND BUNMI OLOTU.

WORCESTER RECOVERY CENTER AND HOSPITAL, JACQUELINE DUCHARM, CHIEF OPERATION OFFICER.

Defendant No. 1

    Name: JOAN MIKULA

    Job or Title (if known): COMMISSIONER

    Street Address: 25 STANIFORD ST.

    City and County: BOSTON   COUNTY?

    State and Zip Code: MASS. 02114

    Telephone Number: (617) 626-8000

    E-mail Address (if known):

Defendant No. 2

    Name: DEBRAH LEGGETT

    Job or Title (if known): DEPUTY GENERAL COUNSEL

    Street Address: 25 STANIFORD ST.

    City and County: BOSTON   COUNTY?

    State and Zip Code: MASS. 02114

    Telephone Number: (617) 626-8226

    E-mail Address (if known):

Defendant No. 3

    Name: BUNMI OLOTU

    Job or Title (if known): ?

    Street Address: 25 STANIFORD ST.

    City and County: BOSTON   COUNTY?

    State and Zip Code: MASS. 02114

    Telephone Number: ? (617) 626-8226

    E-mail Address (if known):

Defendant No. 4

    Name:

    Job or Title (if known):

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. THE CONSTITUTION, AMENDMENT 14 SECTION 1

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

M.G.L.c 276 § 100A THE SEAL IS GRANTED HOWEVER THEY DENIED ME AND STILL ARE DENYING THE RELIEF OF THE SEAL. ON 03-12-19 DEBRAH LEGGETT AND BUNMI OLOTU STARTED THE ABOVE ACTION AND ON 06-1-1719 JACQUELINE DUCHARME JOINED IN THIS WAS UNDER THE DIRECTION OF THE COMMISSIONER JOAN MIKULA. THIS WAS AT THE COMMISSIONERS OFFICE 25 STANIFORD ST. (BY PHONE) BOSTON MA. 02114 (617) 626-8226 AND JACQUELINE DUCHARME WAS AT THE WORCESTER RECOVERY CENTER AND HOSPITAL BY PHONE

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. $600,000 AND ACTUAL DAMAGES CLAIMES ABOUT $3000 FOR COURT COST, MAIL COST, FUEL COST FOR TRAVEL, TO DATE. PUNITIVE DAMAGES SINCE THEY HAVE BLATANLY REFUSED TO OBEY THE RULE OF LAW BEFORE THEM. THIS IS FROM 03-12-2019 THROUGH THIS DATE. I LEAVE PUNITIVE TO THE EXPERIENCE OF THE COURT. THE RULE OF LAW THAT IS IGNORED IS (MASS.) M.G.L.c 276 § 100A A SEALED RECORD.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-03-2022

Signature of Plaintiff: *Clarence Dean* PRO SE
Printed Name of Plaintiff: CLARENCE DEAN

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address